# EXHIBIT 1

Return to:

16.60

# WARRANTY DEED

THIS DEED, Made this 24th day of October, 2006, between ROBERT M. SATTLER AND BEVERLY K. SATTLER

of the said County of         and State of CALIFORNIA    , grantor, and
MARK WARSEWA AND LINDA JOSEPH

STATE DOCUMENTARY FEE
Date    NOV 0 8 2006
Amount $ 16.60

whose legal address is 3434 BRYANT STREET
                      DENVER, CO   80211

**DECLARATION ATTACHED**

of the said County of         and State of COLORADO    , grantee:

WITNESS, that the grantor, for and in consideration of the sum of Ten dollars and other good and valuable consideration                          DOLLARS, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantees, their heirs and assigns forever, not in tenancy in common but in joint tenancy, all the real property, together with improvements, if any, situate, lying and being in the said County of FREMONT    and State of Colorado described as follows:

LOT 5, BLOCK 2, GOLDEN ACRE HOMESITES, ACCORDING TO THE RECORDED PLAT THEREOF, FREMONT COUNTY, COLORADO.

also known by street and number as: 493 SHANNON ROAD, COTOPAXI, CO 81223

TOGETHER with all and singular the hereditaments and appurtenances thereto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances.

TO HAVE AND TO HOLD the said premises above bargained and described, with the appurtenances, unto the grantee, his heirs and assigns forever. And the grantor, for himself, his heirs, and personal representatives, does covenant, grant, bargain, and agree to and with the grantee, his heirs and assigns, that at the time of the ensealing and delivery of these presents, he is well seized of the premises above conveyed, has good, sure, perfect, absolute and indefeasible estate of inheritance, in law, in fee simple, and has good right, full power and lawful authority to grant, bargain, sell and convey the same in manner and form as aforesaid, and that the same are free and clear from all former and other grants, bargains, sales, liens, taxes, assessments, encumbrances and restrictions of whatever kind or nature soever, except 2006 taxes and all subsequent years, restrictions, reservations, covenants, easements and rights-of-way of record, if any.

The grantor shall and will WARRANT AND FOREVER DEFEND the above-bargained premises in the quiet and peaceable possession of the grantee, his heirs and assigns, against all and every person or persons lawfully claiming the whole or any part thereof. The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

IN WITNESS WHEREOF, the grantor has executed this deed on the date set forth above.

_____          _____
ROBERT M. SATTLER                   BEVERLY K. SATTLER


State of CALIFORNIA    )
                       ) ss.
County of Riverside    )

The foregoing instrument was acknowledged before me this 24th day of October, 2006, by ROBERT M. SATTLER AND BEVERLY K. SATTLER

My commission expires 1/1/09    . Witness my hand and official seal.    SEE ATTACHED FOR SEAL

_____
Notary Public

File No. 200625801 Stewart Title of Colorado, Inc. - Canon City Division
No. 921A Warranty Deed (To Joint Tenants)
Rev. 7/99 (Y921ANEW)

**STEWART TITLE**

200625801

State of California
County of Riverside } ss.

# CALIFORNIA ALL-PURPOSE CERTIFICATE OF ACKNOWLEDGMENT

On __10/24/06__, before me, __Gregory R. Myhre, Notary__,
    Date                                Printed Name of Notary Public

personally appeared __Robert M. Sattler And Beverly K. Sattler__,
                      Printed Name(s) of Signer(s)

☐ personally known to me - or -
☒ proved to me on the basis of satisfactory evidence:
  ☒ form(s) of identification __CDL__
  ☐ credible witness(es)

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

(Seal: GREGORY R. MYHRE, COMM. #1540323, Notary Public - California, Riverside County, My Comm. Expires Jan. 1, 2009)

_Gregory R. Myhre, Notary_
Signature of Notary Public

(Seal)

---

**OPTIONAL INFORMATION**

*Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.*

## Description of Attached Document

The preceding Certificate of Acknowledgment is attached to a document titled/for the purpose of __Warranty Deed__

containing __1__ pages, and dated __10/24/06__.

The signer(s) capacity or authority is/are as:
☒ Individual(s)
☐ Attorney-in-Fact
☐ Corporate Officer(s) _____ Title(s)
☐ Guardian/Conservator
☐ Partner - Limited/General
☐ Trustee(s)
☐ Other: _____

representing: _____
Name(s) of Person(s) or Entity(ies) Signer is Representing

**Additional Information**
☐ Additional Signer(s)   ☒ Signer(s) Thumbprint(s)
☐ Other

[thumbprints]

© Copyright 2004 Notary Rotary, Inc. 925 29th St., Des Moines, IA 50312-3612  Form ACK02. 02/04. To re-order, call toll-free 1-877-349-6588 or visit us on the Internet at http://www.thenotaryshop.com