# EXHIBIT 2



## PLAT of GOLDEN ACRE HOMESITES

Secs. 13, 14 & 23 Tp. 48 N. R. 12 E. N.M.P.M.
Fremont County, Colo.
Nov. 7, 1962. Scale 1 in. = 200 ft
F. R. Lamb Licensed Land Surveyor.

KNOW ALL MEN BY THESE PRESENTS: That the undersigned, Plamann Development Co., Inc., a Colorado corporation, Thomas O. Shannon and Jo L. Shannon, being all of the owners, owning all of the Great Arkansas Placer designated by the Surveyor General as Patent No. 325, situate in the County of Fremont and State of Colorado, and described as follows: Beginning at Cor. No. 1 from which the Witness Cor. for sections 7 and 8 on range line West boundary of Tp. 19 S. R. 73 W. 6th P.M. bears S 80°27'E. 5050.8 ft.; thence West 2060 ft. to Cor. No. 2; thence South 350 ft. to Cor. No. 3; thence West 1500 ft. to Cor. No. 4; thence South 1450 ft. to Cor. No. 5; thence West 600 ft. to Cor. No. 6; thence South 600 ft. to Cor. No. 7; thence West 1250 ft. to Cor. No. 8; thence North 850 ft. to Cor. No. 9; thence East 450 ft. to Cor. No. 10; thence North 1000 ft. to Cor. No. 11; thence East 450 ft. to Cor. No. 12; thence North 750 ft. to Cor. No. 13; thence East 400 ft. to Cor. No. 14; thence North 400 ft. to Cor. No. 15; thence East 550 ft. to Cor. No. 16; thence North 200 ft. to Cor. No. 17; thence East 3500 ft. to Cor. No. 1, thence South 800 ft. to Cor. No. 1 the point of beginning. Containing 157.7 acres more or less. Have caused said real estate to be laid out, platted and subdivided into blocks, lots, tracts, streets, easements and rights of way as shown on the annexed plat, for the purpose of creating a subdivision under the name and style of "Golden Acre Homesites." All streets, roads, lanes and alleys are hereby dedicated as private streets for the sole and exclusive benefit for ingress and egress of the owners of the lots in said plat and their invitees; all streets, roads, lanes and alleys are further dedicated as easements and rights of way for utility easements for water, sewer, electrical and telephone service for the use of all or any part of the lands included in said subdivision.

IN WITNESS WHEREOF, the undersigned have caused these presents to be executed this 21st day of November 1962.

Plamann Development Co., Inc.
By Alfred _____, President

Attest: _____

Thomas O. Shannon
Jo L. Shannon

