# EXHIBIT 3

Guys

There are 63 miles of Public Water on the Arkansas River, use them!

There are no easements on the River in this section. I know, I work for Fremont County Assessor's Office.

You can and will be charged with Trespassing!

I have your plate number

I'll have Sheriff Jim Beicker run it