IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01710 (KMT)

ROGER HILL, an individual,         )
                                   )
                   Plaintiff       )
vs.                                )
                                   )
MARK WARSEWA an individual;        )
LINDA JOSEPH, an individual,       )
and the State of Colorado          )
                   Defendants)

---

**DEFENDANTS WARSEWA'S AND JOSEPH'S MOTION TO STAY SCHEDULING CONFERENCE AND OTHER ACTIONS AND DEADLINES REQUIRED BY ORDER SETTING SCHEDULING/PLANNING CONFERENCE**

_____

Defendants Mark Warsewa and Linda Joseph ("Defendants"), by and through their attorneys Kirk B. Holleyman and Kirk Holleyman, P.C hereby move this Court to stay the Scheduling Conference scheduled for September 4, 2018 and the other actions and deadlines required by the Order Setting Scheduling/Planning Conference ("Order") pending this Court's disposition of Defendants Warsewa's And Joseph's Motion To Dismiss Plaintiff's First Amended Complaint For Lack Of Prudential Standing, Or Alternatively To Dismiss The Claims Against Them In The First Amended Complaint For Lack Of Constitutional Standing, Lack Of Prudential Standing, And Failure To State A Claim Upon Which Relief Can Be Granted ("Motion to Dismiss").

1

## **CERTIFICATION**

Undersigned counsel certifies pursuant to D.C. Colo.LCivR 7.1 that prior to filing this motion; he conferred by telephone in a live telephone conversation followed up by an email with Mr. Hood, attorney for the plaintiff, and did the same with Scott Steinbrecher, attorney for the State of Colorado. Mr. Steinbrecher advised that the State of Colorado does not oppose this motion. Undersigned counsel was unable to reach an agreement with counsel for the plaintiff regarding this motion.

## **MOTION**

The Scheduling Conference and all of the actions and deadlines required by the Order should be stayed pending resolution by this Court of Defendants' Motion to Dismiss for the following reasons:

1. Defendants' Motion to Dismiss filed earlier today establishes that the Plaintiff does not have prudential standing or Article III constitutional standing to pursue this lawsuit.

2. The Motion to Dismiss, based on lack of Article III constitutional standing and lack of prudential standing, should be the first issue resolved by this court because if it must dismiss the complaint for lack of subject matter jurisdiction, the accompanying defenses and objections become moot and do not need to be determined by the judge. Rulings from this District support a stay when a jurisdictional defense under Rule 12(b)(1) is asserted. *See Weatherspoon v. Miller,* No. 11-cv-00312-REB-MEH, 2011 WL 1485935, at *2 (D. Colo. Apr. 19, 2011).

3. This motion is supported by an analysis under the five factors of *String Cheese Incident, LLC v. Stylus Shows, Inc.,* No. 02-cv-01934-LTB-PA, 2006 WL 894955, at *2 (D. Colo. Mar. 30, 2006) (citing *FDIC v. Renda,* No. 85-2216-O, 1987 WL 348635, at *2 (D.Kan. Aug. 6, 1987)).

4. First, it is true that Plaintiff may have an interest in proceeding expeditiously with this case.

5. Second, however, this interest is overcome by the burdens and expenses Defendants Warsewa and Joseph will face if they are required to proceed with the actions required by the Order, only to later have the case dismissed for lack of subject matter jurisdiction. Participation in the conferences and drafting required to prepare the Scheduling Order and travel to and from Colorado Springs by their counsel and attendance by their counsel at the Scheduling Conference will cause these defendants to incur substantial legal fees and costs, that will not be incurred if the case is first dismissed. *Cf. String Cheese,* 2006 WL 894955, at *2 (finding "that subjecting a party to discovery when a motion to dismiss for lack of personal jurisdiction is pending may subject him to undue burden or expense, particularly if the motion to dismiss is later granted.").

6. Third, it is respectfully submitted that it is likely that any inconvenience to this Court in rescheduling its docket is greatly outweighed by the potential waste of judicial resources if the actions and scheduling conference required by the Order were to proceed in the absence of jurisdiction. *Chavous v. D.C. Fin. Responsibility & Mgmt. Assistance Auth.,* 201 F.R.D. 1, 2 (D.D.C. 2005) ("A stay

of discovery pending the determination of a dispositive motion is an eminently logical means to prevent wasting the time and effort of all concerned, and to make the most efficient use of judicial resources.") (internal quotation omitted).

7. Fourth the interests of non-parties do not compel another result.

8. Fifth, the interests of the public do not compel another result.

Wherefore, Defendants Mark Warsewa and Linda Joseph move this Court to stay the Scheduling Conference scheduled for September 4, 2018 and the other actions and deadlines required by the Order Setting Scheduling/Planning Conference pending this Court's disposition of Defendants Warsewa's And Joseph's Motion To Dismiss Plaintiff's First Amended Complaint For Lack Of Prudential Standing, Or Alternatively To Dismiss The Claims Against Them In The First Amended Complaint For Lack Of Constitutional Standing, Lack Of Prudential Standing, And Failure To State A Claim Upon Which Relief Can Be Granted.

Dated: July 26, 2018.

KIRK HOLLEYMAN, P.C.

*/s/ Kirk B. Holleyman*
Kirk B. Holleyman, #8325
730 17th Street, Suite 340
Denver, Colorado 80202
Telephone: (303) 436-1699
kirkholleyman@aol.com
ATTORNEY FOR DEFENDANTS
MARK WARSEWA and LINDA JOSEPH

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26 day of July, 2018, I caused a copy of the foregoing to be served via CM/ECF pursuant to Fed.R.Civ.P. 5 on all counsel who have entered their appearance in this case.

　*/s/ Kirk B. Holleyman*
_____