# EXHIBIT 1

**CO Stream Access <alexanderhoodlaw@gmail.com>**

# Hill v. Warsewa

**CO Stream Access** <alexanderhoodlaw@gmail.com> Wed, Jul 25, 2018 at 11:21 AM
To: Scott Steinbrecher <Scott.Steinbrecher@coag.gov>
Cc: Fred Yarger <Fred.Yarger@coag.gov>

Scott,

August 7 is fine.

FYI, to the extent CO intends to assert the 11th amendment defense, we are happy to stipulate to remand to state court.

Best,

Alex
[Quoted text hidden]