# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01710-KMT

ROGER HILL,

    Plaintiff,

v.

MARK EVERETT WARSEWA,
LINDA JOSEPH, and
THE STATE OF COLORADO,

    Defendants.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Kathleen M. Tafoya on January 8, 2019, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Motion to Dismiss (Doc. No. 21) and the Motion to Dismiss the First Amended Complaint (Doc. No. 27) are GRANTED.     It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendants, Mark Everett Warsewa, Linda Joseph, and the State of Colorado and against Plaintiff, Roger Hill.   It is

FURTHERED ORDERED that the defendants are awarded their costs to be taxed by the Clerk of the Court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.   It is

FURTHER ORDERED that plaintiff's Complaint and this civil action are DISMISSED

pursuant to Fed. R. Civ. P. 12(b)(6).

DATED at Colorado Springs, Colorado this 10th day of January 2019.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ K. Senamontry
Deputy Clerk