# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 18-cv-01710-KMT

ROGER HILL,

    Plaintiff,

v.

MARK EVERETT WARSEWA,
LINDA JOSEPH, and
THE STATE OF COLORADO

    Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Roger Hill hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered in this action on January 10, 2019.

    Respectfully submitted,

    By: *s/*Alexander Hood
        Alexander Hood
        Attorney for the Plaintiff
        1410 High St., Suite 300
        Denver, CO 80218
        Ph: 802-578-5682
        Email: AlexanderHoodLaw@gmail.com

## Certificate of Service

      I hereby certify that on January 17, 2019, I served a true and correct copy of the forgoing on all parties that have appeared pursuant to Fed. R. Civ. P. 5.

                                              *s/*Alexander Hood
                                                Alexander Hood